IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL BRYANT**                                                      **CIVIL ACTION NO.**

vs.

**NARCOSIS ENTERPRISES, INC.,**
**NANCY COHAGAN DBA SEVEN SEAS,**
**ALL AMERICAN DIVING INC., SEVEN**
**SEAS TRAVEL TOURS, INCORPORATED**               **ADMIRALTY**

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **MICHAEL BRYANT**, who respectfully represents as follows:

### I. PARTIES

1.1    Plaintiff, Michael Bryant, is a U.S. citizen of the full age of majority and a resident of LaPlace, Louisiana.

1.2    Defendant, Narcosis Enterprises, Inc. DBA Dive Locker ("Dive Locker") is a Florida Corporation with its principal place of business at 106 Thomas Drive, Panama City, Florida 32408, doing business in this District and the State of Florida for the purpose of monetary profit, having authorized Anthony C. Snow of 106 Thomas Drive, Panama City Beach, Florida 32408 as its registered agent for service of process.

1.3    Defendant, Nancy Cohagan, is a Louisiana resident doing business under the trade name of Seven Seas, which has a physical address of 8350 One Calais Place, Baton Rouge, Louisiana 70809. Upon information and belief, Ms. Cohagan can be served at 9210 Gary Drive, Denham Springs, Louisiana 70726.

1.4     In the alternative, Defendant, All American Diving, Inc. ("All American"), doing business under the trade name Seven Seas, is a Louisiana corporation with its principal place of business at 8350 One Calais Place, Baton Rouge, Louisiana 70809, which can be served through its registered agent for service of process, Nancy Cohagan, at 9210 Gary Drive, Denham Springs, Louisiana 70726. All American is not currently in good standing with the Louisiana Secretary of State as a result of its failure to file an annual report.

1.5     In the alternative, Defendant, Seven Seas Travel Tours, Incorporated ("Seven Seas Travel"), doing business under the trade name Seven Seas, is a Louisiana corporation with its principal place of business at 8350 One Calais Place, Baton Rouge, Louisiana 70809, which can be served through its registered agent for service of process, Nancy Cohagan, at 8350 One Calais Place, Baton Rouge, Louisiana 70809. (As used hereafter, "Seven Seas" refers to defendants Nancy Cohagan, All American, and Seven Seas Travel.)

## II. JURISDICTION

2.1     This is an admiralty and maritime claim within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and Fed. R. Civ. P. 9(h). This Court has jurisdiction over the Louisiana defendants pursuant to Florida's long arm statute.

## III. VENUE

3.1     Venue is proper in this matter pursuant to the admiralty and maritime laws of the United States, Fed. R. Civ. P. 82. Under Fed. R. Civ. P. 82, no allegation of venue is required for admiralty or maritime times. Moreover, venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in navigable waters adjacent to this judicial district, and defendant Dive Locker resides in this district.

## IV. FACTS

4.1   On and prior to May 30, 2015, defendant Dive Locker was the owner or operator of the dive vessel NARCOSIS, which operated out of Panama City, Florida. As discussed more fully herein, Seven Seas consistently over a long period of time employed the dive vessel NARCOSIS in various diving certification courses it presented to the public, representing that the dive boat was part of Seven Seas' operation, effectively making Seven Seas the bareboat charterer and/or operator of and/or owner pro hac vice of the NARCOSIS, and making the actions of Diver Locker the actions of Seven Seas under the doctrine of respondeat superior.

4.2   Seven Seas was established in 1977 as a full service dive store, scuba center, and repair facility. See Exhibit A, webpage printout from Seven Seas' "About Us" section, which is located at http://sevenseasbtr.com/about-us/. Seven Seas is, upon information and belief, owned and operated by Nancy Cohagan and/or All American Diving, Inc. and/or Seven Seas Travel, Inc., both Louisiana corporations which have Nancy Cohagan as their registered agent for service of process. (Defendant(s) Nancy Cohagan, Seven Seas, All American Diving, Inc., and Seven Seas Travel, Inc. are hereafter referred to collectively as "Seven Seas".)

4.3   On and prior to May 30, 2015, defendant Seven Seas offered several programs of deep sea diving instruction / certification to the general public at its teaching facility / retail diving store in Baton Rouge. Those programs included open water "dive certification" excursions in the Gulf of Mexico, provided and supervised by Seven Seas, through its dive boat facilities.

4.4   Seven Seas offers basic scuba classes and advanced / master scuba classes in an indoor, heated, training pool at its Louisiana center, and offers the certification component of those classes off site. A copy of Seven Seas' class schedule is attached as Exhibit B.

4.5     Upon information and belief Seven Seas offers three diving courses, each consisting of classwork at the Baton Rouge facility followed by an open water dive certification using Seven Seas' dive boat facilities. Those courses are the Basic Scuba Diver certification course, the Advanced Diving Course, and the Master Scuba Diver course.

4.6     The Basic Scuba Diver certification course is required for students to earn a National Association of Underwater Instructors ("NAUI") Scuba Diver Certification. A copy of Seven Seas' description of this course, as found on its website at http://sevenseasbtr.com/classes/basic-scuba-classes/, is attached as Exhibit C. The course description provides as follows:

> Basic Scuba Diver is our entry level scuba certification course during which you will learn the fundamental knowledge and skills to safely scuba dive in open water. When you complete your class and 4 open water training dives, … you will have earned a NAUI Scuba Diver certification card – the most respected diver certification card in the world!
>
> <u>Your NAUI Instructor will teach you about dive equipment, the science of diving, responsible diving practices and the environment. … You will complete your training with a minimum of four open water dives.</u>

See Exhibit C (emphasis added).

4.7     The Advanced Diving certification course requires first classwork and then a minimum of six open water dives to complete. A copy of Seven Seas' description of this class, as found on its website at http://sevenseasbtr.com/classes/advanced-diving-classes/, is attached as Exhibit D. The description provides as follows:

> Your NAUI Advanced Scuba certification is your door into the fascinating underwater world. You will be introduced to night diving, deep diving, underwater navigation, and other local interests. These introductions plus discovering new dive sites are fine ways to have fun, to learn to enjoy diving even more, and become a better diver…all at the same time! You may even meet other new divers who have the same interests as you! Let your underwater adventures continue! <u>Apply your scuba skills as you explore new dive sites and activities under the supervision and training of your Seven Seas instructor.</u> Learn which

diving specialties interest you and what type diving you enjoy the most. Gain more confidence and capability.

<u>As part of your certification, you will complete a minimum of six open water dives including three separate dives for navigation, night or low visibility diving and deep diving (130 feet maximum depth).</u>

See Exhibit D (emphasis added).

4.8    The Master Scuba Diver certification course is necessary to earn a NAUI Master Scuba Diver Certification. A copy of Seven Seas' description of this class, as found on its website at http://sevenseasbtr.com/classes/master-scuba-diver/, is attached as Exhibit E. The description provides as follows:

Your Master Diver class will teach you to improve on the advance skills you learned in your earlier classes. You will start perfecting your ability to navigate under the water, you will learn how to run search patterns and the salvage techniques to recover objects you have found, you will learn more about deep diving and how to properly plan and handle decompression dives, you will explore the mysteries of diving at night and discover the creatures that inhabit this nighttime world, and you will be introduced to different specialty areas such as photography that are of interest to you.

Let your underwater adventure continue with the NAUI Master Scuba Diver course! Experience the thrill of open water dives in settings that will test your abilities to their limit while enhancing and expanding your diving capabilities. The NAUI Master Scuba Diver course will help you gain the in-depth knowledge that will establish you as a recognized authority in your diving group or club.

The Master Scuba Diver course is a continuing education course for divers wishing to achieve mastery of their diving skills. It will enhance your knowledge and understanding of the academics of diving-equipment, the environment, physics, physiology, and decompression. This course is an excellent progression toward NAUI leadership roles. If you are 15 years old and have a NAUI Advanced Scuba Diver certification or its equivalent, you may be ready for the Master Scuba Diver class.

See Exhibit E.

4.9    Seven Seas offers two options for the open water training portion of its program: Panama City or Vortex/Morrison Springs in Florida. See Exhibit F, Seven Seas' class fees

webpage printout, as can be found on their website at http://sevenseasbtr.com/classes/class-fees/. Because all of its certification courses require students to complete dives in open water, Seven Seas partners with and/or employs diving facilities such as Dive Locker, which are located in places adjacent to open water, such as Panama City, Florida. Upon information and belief, Seven Seas operates on a joint venture and/or common enterprise basis with Dive Locker, or alternatively employs Dive Locker, in order to provide Seven Seas' students with the open water diving portion of Seven Seas' dive certification courses. The open water dive portion of the training is under the supervision of Seven Seas instructors.

4.10   The certification dives component of the training must be made within six months of completion of the class. After six months have elapsed, students must take a class refresher or, depending on the time elapsed, retake the entire course. See Exhibit B.

4.11   Seven Seas charges its diving students $460.00 for the Panama City certification diving portion of the course. This includes two days of boat diving with two dives each day, instructor fees, boat fees, and certification card fees. Seven Seas provides all the instructors and equipment used in the dives to obtain diving certification.

4.12   On and prior to May 30, 2015, Plaintiff was a deep sea diving enthusiast who was in the process of upgrading his classification to master diver and had been training with Seven Seas for a number of years.

4.13   Plaintiff was told by defendant Nancy Cohagan that, to obtain his Master dive certification, in addition to the course work at Seven Seas' Baton Rouge facility, he would have to participate in a teaching dive trip in Panama City, offered by Seven Seas and Dive Locker, on the NARCOSIS, through which he would complete the actual certification dives necessary to obtain his certification as a Master diver.

4.14   Plaintiff was billed for the Panama City dive trip by Seven Seas and he paid the full fare for the trip to Seven Seas.  The monies went to Nancy Cohagan.

4.15   On May 30, 2015, 15-16 students from Seven Seas, including Plaintiff, along with four instructors from Seven Seas, travelled to Panama City, Florida for the teaching dive trip. The group proceeded to Dive Locker's facility to get their gear and head to the dock where the NARCOSIS was located.  Dive Locker employees brought the equipment to the vessel.  As they boarded the vessel, the NARCOSIS's Captain mentioned to all passengers that the bathroom on board did not have proper water service, and that neither the toilet nor the showers were working, and therefore the passengers should not use the toilet or shower. However, the bathroom was not barricaded or locked and no one was warned not to enter or to use the bathroom as a dressing room.  The vessel sailed for approximately one hour en route to the first dive site.  When the vessel was about 15 minutes away from the dive site, a whistle was blown notifying all divers to prepare for the dive.  Plaintiff needed to change into his dive suit.  Because there were women on board, Plaintiff went into the vessel's bathroom to change clothes. While Plaintiff was putting on his dive suit, the NARCOSIS hit a big wave, which caused the vessel to violently jump. At that moment, the contents of the toilet, both fluids and feces, came up into the air and coated the floor of the bathroom.  Plaintiff slipped in the feces and fell to the deck, violently striking his shoulder, back, neck, coccyx, legs and knees, and coating his body in feces and other noxious fluids.

## V. INJURIES SUFFERED

5.1   As a result of this incident, Plaintiff sustained multiple, serious injuries to his low back, neck, left thigh, right thigh, right knee, left ankle, right ankle and left shoulder. He suffered disc herniations in the cervical region of his spine which combined with bilateral foraminal stenosis resulted in multiple areas of nerve root compression, which will require surgery to

correct. Additionally, he suffered disc herniations at various levels of his lumbar spine which, superimposed on his condition of spinal stenosis, have resulted in nerve root impingement, which will require one or more surgeries to correct. Additionally, as a result of the impact of his body with the deck of the NARCOSIS, Plaintiff suffered various injuries to his left shoulder, including a tear of the rotator cuff, which will require surgical repair. Finally, it is likely that, as a result of the injury to his right knee, Plaintiff will need a complete right knee replacement. Each of these injuries has made it impossible for Plaintiff to pursue gainful employment, has caused ongoing significant mental and physical pain, and has caused Plaintiff to incur significant medical expenses which will continue into the future.

## VI. NEGLIGENCE AND/OR GROSS NEGLIGENCE

6.1   The injuries suffered by Plaintiff were caused by the negligence and/or gross negligence of Defendants, and the unseaworthiness of the vessel, in the following particulars, among others:

(a)   failing to maintain the vessel and her appurtenances and/or equipment in a safe and reasonable state of repair;

(b)   failing to take reasonable precautions for Plaintiff's safety;

(c)   failing to lock or barricade the bathroom, and failing to warn passengers not to enter because of the potentially dangerous conditions that existed whether or not the toilet and sink were used;

(d)   other acts of negligence and/or omissions to be shown at trial herein.

6.2   Defendants are jointly and severally liable for the injuries suffered by Plaintiff. Upon information and belief, Defendants are engaged in a common enterprise or joint venture. Over many years, Defendants have been engaged in the common enterprise of providing

certification diving courses using the vessel NARCOSIS. Defendants' clear intent was and has been to create a joint venture. Defendants share joint control or the right of control over the vessel and equipment necessary for the certification diving courses. Defendants have a joint proprietary interest in the subject matter of the joint venture and share in the profits associated with the certification diving courses utilizing the vessel NARCOSIS.

6.3     Additionally, Seven Seas for the actions of Dive Locker and the conditions existing on the NARCOSIS under the doctrine of respondeat superior as Seven Seas had control over the NARCOSIS and Dive Locker's employees during the certification dives.

6.4     Alternatively, Seven Seas is liable for the unseaworthiness of the NARCOSIS and / or the negligent acts of Dive Locker based on actual or apparent agency, as Seven Seas manifested to Plaintiff that Seven Seas had control of the vessel and that Dive Locker and its employees were agents of Seven Seas. Plaintiff reasonably relied on these representations to his detriment in boarding the unseaworthy vessel, which was neither maintained nor operated according to his reasonable expectations based on Seven Seas' representations.

## VI. DAMAGES

7.1     As a direct and proximate result of Defendants' negligence and/or gross negligence, and the unseaworthiness of the NARCOSIS, Plaintiff suffered the injuries discussed above and damages, including, but not limited to: (a) mental anguish in the past; (b) mental anguish that he is likely to sustain in the future; (c) lost earnings; (d) loss of earning capacity; (e) disfigurement; (f) physical impairment in the past; (g) physical impairment that he is likely to sustain in the future; (h) medical expenses in the past; (i) medical expenses that he is likely to incur in the future; (j) physical pain and suffering in the past; (k) physical pain and suffering that

he is likely to sustain in the future; (l) loss of enjoyment of life; (m) pecuniary and non-pecuniary damages to which he is entitled, including punitive damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendants Narcosis Enterprises, Inc. DBA Dive Locker, Nancy Cohagan, Seven Seas, All American Diving Inc., and Seven Seas Travel Tours Inc. for: actual damages; prejudgment and post judgment interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

Respectfully submitted,

*/s/   Len R. Brignac*
**LEN R. BRIGNAC (#842930)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Phone: (504) 582-3800
Facsimile: (504) 582-1233
Email: lbrignac@kingkrebs.com

**and**

**GEORGE B. JURGENS**
**LAURA E. AVERY**
*Motions for admission pro hac vice to be filed*
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Phone: (504) 582-3800
Facsimile: (504) 582-1233
Email: gjurgens@kingkrebs.com
lavery@kingkrebs.com

**and**

**ALFRED V. PAVY BOUDREAUX**
*Motion for admission pro hac vice to be filed*
**PAVY & BOUDREAUX**
116 W. Bellevue Street
Opeloussas, Louisiana 70570
Phone: (337) 942-3466

Email: alboudreaux@hotmail.com

***Attorneys for Plaintiff, Michael Bryant***